IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| United States of America | ) |
| | ) Cr. No. 6:00-330-HMH |
| vs. | ) |
| | ) **OPINION & ORDER** |
| Freddy Ramirez, | ) |
| | ) |
| Movant. | ) |

This matter is before the court on Freddy Ramirez's ("Ramirez") pro se motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Ramirez previously filed a § 2255 motion on January 13, 2003. See 6:03-130-HMH. On June 13, 2003, the court summarily dismissed Ramirez's prior motion. The United States Court of Appeals for the Fourth Circuit vacated and remanded the case on April 11, 2005. After a hearing, the court orally denied Ramirez's prior motion on August 15, 2005. The Fourth Circuit subsequently denied a certificate of appealability and dismissed Ramirez's appeal on March 27, 2006. United States v. Ramirez, No. 05-7608, 2006 WL 774930 at *1 (4th Cir. Mar. 27, 2006) (unpublished). Ramirez filed the instant § 2255 motion on January 3, 2010.[1]

The instant § 2255 motion is therefore Ramirez's second. "[A] prisoner seeking to file a successive application in the district court must first obtain authorization from the appropriate court of appeals." United States v. Winestock, 340 F.3d 200, 205 (4th Cir. 2003) (citing 28 U.S.C. § 2244(b)(3)); see also 28 U.S.C. § 2255 ("A second or successive motion [under this section] must be certified as provided in section 2244 by a panel of the appropriate

---

[1] Houston v. Lack, 487 U.S. 266 (1988).

1

court of appeals . . . ."). In the absence of pre-filing authorization, the district court lacks jurisdiction to consider the instant § 2255 motion. See Winestock, 340 F.3d at 205.

Ramirez has not obtained authorization from the appropriate United States Court of Appeals to proceed with a second or successive § 2255 motion. Because the court lacks jurisdiction over this successive § 2255 motion, it must be dismissed.

Therefore, it is

**ORDERED** that Ramirez's § 2255 motion, docket number 66, is dismissed. It is further

**ORDERED** that a certificate of appealability is denied because Ramirez has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED**.

                                        s/Henry M. Herlong, Jr.
                                        Senior United States District Judge

Greenville, South Carolina
January 12, 2010

### NOTICE OF RIGHT TO APPEAL

The movant is hereby notified that he has the right to appeal this order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.